IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | SA-07-CR-511-RF (1) |
| | § | |
| JOHN COCKERHAM, JR. | § | |

### ORDER APPOINTING COUNSEL

On this day, came on to be considered the need to appoint counsel to represent the above named Defendant on appeal.

It is **ORDERED** that Attorney John M. Economidy, 111 Soledad Street, Suite 348, San Antonio, Texas 78205 be appointed to represent the above named Defendant on appeal.

Signed this the 6th day of January, 2010.

ROYAL FURGESON
Senior United States District Judge