April 19, 2010

Clerk of the United States
   District Clerk
Western District of Texas
655 E. Durango Blvd.
San Antonio, Texas 78206

Copy To:
ATTN: AUSA Susan B. Biggs
601 N.W. Loop 410
Suite 600
San Antonio, Texas 78216

John Cockerham, Jr.
Reg. No. 97305-180
Federal Satellite Low La Tuna
P.O. Box 6000
Anthony, NM/TX 88021

FILED
APR 2 6 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Honorable Court:

    As you can see from the enclosed letter from my attorney, John Economidy, dated April 6, 2010, the letter was not mailed to me until April 12, 2010, and I received it on April 15, 2010.

    I am asking for an extension of time due to the appeal, and for a hearing to be granted. I am asking for the extension to be granted until after my Direct Appeal ruling.

    The case number for the Direct Appeal is Case No. 09-51115, United States Court of Appeal, Fifth Circuit.

    There was no attached form included with the letter you sent. The Reference Case No. is SA-07-CR-511-RF(01)(02)(03).

    Please note for the record for the hearing, all the property in Bienville Parish, Louisiana was acquired prior to 1998, and prior to the 2004 incident or charges. In my plea agreement, the forfeiture was property obtained during the period of 2005-2007.

    Most of the property and escrow money is family heir property originally belonging to some one-hundred or more cousins for property that has been in the family for over one-hundred and ten years (110 years).

    Please grant a delay until after direct appeal and the hearing I have requested. This delay is requested for all forfeiture and seizure of any and all property related to John and Melissa Cockerham cases, whether listed known or unknown and final judgements.

Mail Certified & Register # 7000 1670 0010 3562 8624

Thank you for your prompt consideration in this matter.

Regards,

*John L. Cockerham Jr.* (signature)
Major John Lee Cockerham, Jr.
USAR Retired

JOEL GONZALEZ, CASE WORKER
AUTHORIZED BY THE ACT OF JULY
TO ADMINISTER OATHS (18 U.S.C. 4004
_____
STAFF SIGNITURE

Court Certified & Registered
7000 1670 0010 3526 8624

- 2 -

## LAW OFFICE OF JOHN M. ECONOMIDY
111 Soledad Street, Suite 348
San Antonio, Texas 78205--2230
E-mail: economidy@att.net
Tuesday, April 06, 2010

**Board Certified Criminal Law**
**--Texas Board of Legal Specialization**

**TELEPHONE**
(210) 299-7685

Mr. John Cockerham, Jr.,
 Register No. 97305-180
FCI La Tuna
Federal Correctional Institution
P. O. Box 1000
Anthony, NM/TX 88021
**CONFIDENTIAL LEGAL MAIL**

Dear John:

   Enclosed you will find the clerk's notice of post-judgment garnishment and the actual writ of garnishment directed to the Clerk of the Court, Bienville Parish, Arcadia, Louisiana.

                    Sincerely,

                    *John M. Economidy*
                    JOHN M. ECONOMIDY

Enclosures
As Stated

